■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE N. HONEYCUTT, Appellant. [823 NYS2d 731]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered March 16, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, J.P., Kehoe, Martoche and Green, JJ.